

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2020

No. 04-19-00798-CV

Stephen W. **MABERY** and Damon Thorpe,
Appellants

v.

**MORANI RIVER RANCH HOLDINGS LP**, Morani GP LLC, Morani River Ranch LLC,
Kevin L. Reid and Stewards of Wildlife Conservation Inc.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI03565
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The Appellees' Brief is due August 31, 2020.

It is so **ORDERED** on August 3, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court